## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

UNITED STATES OF AMERICA

v.  CASE NO: 8:03-cr-471-T-26MSS

BETTY DANIELS,
#15603-018
_____/

## O R D E R

The United States Sentencing Commission has promulgated Amendment 706 lowering the base offense level for cocaine base (crack cocaine) offenses by two levels for eligible defendants sentenced on or after November 1, 2007. The Commission later decided this Amendment should be applied retroactively to defendants sentenced before November 1, 2007. Defendant, proceeding *pro se*, has filed a motion alleging he/she is eligible for this reduction. Prompted by the motion, the Court has undertaken a preliminary review of Defendant's case, in which Defendant was sentenced prior to November 1, 2007. Based on that review, Defendant may be eligible for a reduction in his/her base offense level. Accordingly, the Court, acting on its own motion pursuant to 18 U.S.C. § 3582(c)(2), issues the following directives:

    1) The Office of the Federal Public Defender is appointed to represent Defendant for the purpose of seeking a reduction of Defendant's original sentence and shall file a notice of appearance, a notice of conflict, or a notice that Defendant is not eligible for the services of the Public Defender within fourteen (14) days of this order. If a notice of conflict is filed, the Court may appoint CJA counsel to represent Defendant.

This appointment of counsel does not deprive Defendant of the right to retain private counsel should he/she have the financial resources to do so.

2) The United States Attorney's Office shall cause a notice of appearance to be entered on behalf of the Government within fourteen (14) days of this order.

3) The United States Probation Office shall provide this Court, Defendant's counsel, and Government counsel a supplemental presentence report within forty-five (45) days of this order, subject to an extension of time upon request by the Probation Office. The supplemental report shall address the issues of whether Defendant is eligible for a reduction of his/her sentence and, if so, whether Defendant is suitable for such a sentence reduction pursuant to the provisions of the Amendment and U.S.S.G. § 1B1.10, which became effective on March 3, 2008. If the Probation Office determines that Defendant is eligible for a reduction of sentence, the supplemental report shall specifically include the following: (a) a proposed calculation of the new guideline range or the percentage below the guideline range as appropriate; (b) a report on the institutional adjustment of Defendant as it becomes available from the Bureau of Prisons; (c) a report on the danger of Defendant to the public based on information made available by the Bureau of Prisons; and (d) a report on the post-release plans of Defendant.

4) Defendant's counsel and the Government shall file a response to the Probation Office's supplemental report within sixty (60) days of receipt of the supplemental report. Prior to filing their responses, counsel shall confer personally in a good faith effort to resolve any disputes with regard to Defendant's eligibility and

suitability for a sentence reduction and shall include in their responses the issues upon which they agree or disagree. In the event counsel agree upon the appropriate disposition of the matter, they shall file a joint stipulation to that effect.

5) Upon receipt of the Probation Office's report and counsels' responses or joint stipulation, the Court will either issue an order based on the supplemental report and responses or joint stipulation or convene a hearing.

6) In the event the Court rejects counsels' joint stipulation as the appropriate disposition of the matter, the Court will enter an order advising counsel of that fact and will allow counsel an additional period of time to supplement their responses before deciding the merits of the motion either on the written submissions or by way of a hearing.

7) Defendant's Motion to modify/reduce (Dkt. 115 ) is found as moot.

8) The clerk's office is directed to furnish a copy of this order to the Office of the Federal Public Defender, the United States Attorneys Office, the United States Probation Office, and the Defendant at his/her address.

**DONE AND ORDERED** at Tampa, Florida, on September 9, 2008.

    s/*Richard A. Lazzara*
**RICHARD A. LAZZARA**
**UNITED STATES DISTRICT JUDGE**

**Copies furnished to:**
Counsel of Record
U.S. Probation and Defendant